524 RIDEOUT vs. CIRCUIT JUDGE (Hillsdale), No. 11935.

To allow an amendment to an answer to a bill to foreclose a mortgage.

Denied May 5, 1891, with cost.

Relator, under an arrangement with the trustees of Hillsdale College in 1874, erected a building upon the college grounds for certain purposes.

In 1884 the trustees filed a bill of complaint against relator to restrain him from placing a dining room in said building so erected and to determine what rights relator had in the same.

A decree was entered in 1888, which was affirmed by this court in August, 1890 (82 M., 94). It was held in that case that relator's right was one personal to himself and not transferable.

In March, 1886, relator executed a mortgage upon the building so erected by him, to one Drake.

In September, 1887, Drake filed a bill to foreclose. Relator answered. After the decision in Hillsdale College vs. Rideout, relator asked leave to file an amended answer in the foreclosure proceeding, setting up that at the time that the mortgage was given he had no interest in the property subject to mortgage.